UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 01 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JEROME SMITH,<br><br>　　　　　Defendant. | CR-02-025-EFS<br><br>Order for the Dismissal of the Indictment With Prejudice |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, consistent with the terms of the plea agreement that plaintiff United States of America and defendant Michael Jerome Smith entered into in Cause No. CR-02-233-EFS, and following the imposition of judgment and sentence on defendant Michael Jerome Smith on the sole count in Indictment No. CR-02-233-EFS;

IT IS ORDERED that the Government's Motion to Dismiss the Indictment With Prejudice be, and hereby is, GRANTED and that Indictment No. CR-02-025-EFS be, and hereby is, DISMISSED WITH PREJUDICE.

DATED this _1st_ day of December, 2005.

　　　　　　　　　　　　　　/s/ Edward F. Shea
　　　　　　　　　　　　　　Edward F. Shea
　　　　　　　　　　　　　　United States District Judge

Presented by:

James A. McDevitt
United States Attorney

/s/ Thomas J. Hopkins
Thomas J. Hopkins
Assistant U.S. Attorney

Order for the Dismissal of the Indictment With Prejudice - 1
MJSmith.OrderDismissCR02025.wpd

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that on December 1, 2005, I placed a copy of the foregoing document in a prepaid envelope placed in the outgoing mail of the United States Attorney's Office for the Eastern District of Washington, which is deposited in the United States mail at Spokane, Washington, or in the inter-office mail system, to the person indicated below, which I believe is his or her last known address, or I obtained personal service on the person indicated below:

Mr. Robert R. Fischer
Law Office of Robert R. Fischer, P.S.
2206 North Pines Road
Spokane Valley, WA  99206-4756

Ms. Jennifer Dykstra
U.S. Probation Officer
U.S. Courthouse, Suite 326
P.O. BOX 1791
Yakima, WA  98907-1791

_____
Thomas J. Hopkins

Order for the Dismissal of the Indictment With Prejudice - 2
MJSmith.OrderDismissCR02025.wpd